1  DAVID N. BARRY, ESQ. (SBN 219230)
2  **THE BARRY LAW FIRM**
   11845 W. Olympic Blvd., Suite 1270
3  Los Angeles, CA 90064
   Telephone: 310.684.5859
4  Facsimile: 310.862.4539

5  Attorney for Plaintiff, MICHAEL CAPPUCCIO

6  MATTHEW M. PROUDFOOT, ESQ. (SBN 155988)
   **GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP**
7  38 Discovery, Suite 200
   Irvine, California 92618
8  Telephone: (949) 753-0255
   Facsimile: (949) 753-0265

9  Attorneys for Defendant, FORD MOTOR COMPANY

10

11                **UNITED STATES DISTRICT COURT**

12                **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| MICHAEL CAPPUCCIO, an individual, | Case No. 8:20-cv-01559-CJC-ADS |
| | *Assigned to the Honorable District Judge Cormac J. Carney and Magistrate Judge Autumn D. Spaeth.* |
| Plaintiff, | |
| v. | |
| | **JOINT NOTICE OF SETTLEMENT** |
| FORD MOTOR COMPANY, A Delaware Corporation; and DOES 1 through 20, inclusive | |
| | Action Filed: July 2, 2020 |
| | Trial Date: September 21, 2021 |
| Defendants. | |

22

23  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:

24          PLEASE TAKE NOTICE that Plaintiff Michael Cappuccio and Defendant

25  Ford Motor Company, (the "Parties"), jointly, write to advise this Court that the

26  parties have resolved this matter. The Parties request that the Court vacate any

27  upcoming hearings and deadlines while performance of the settlement terms is

28

-1-

**JOINT NOTICE OF SETTLEMENT**

pending.

Once all terms of the settlement are completed and payment is received by the Plaintiff, and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated:  February 17, 2021

**THE BARRY LAW FIRM**

By:  /s/ *David N. Barry*
    David N. Barry
    Attorney for Plaintiff,
    MICHAEL CAPPUCCIO

Dated:  February 17, 2021

**GATES, GONTER, GUY,
PROUDFOOT & MUENCH, LLP**

By: /s/ *Matthew M. Proudfoot*
    Matthew M. Proudfoot
    Attorneys for Defendant,
    FORD MOTOR COMPANY

-2-

**JOINT NOTICE OF SETTLEMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

   I hereby certify that on February 17, 2021, I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT**  with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ *David N. Barry*

David N. Barry
Attorney for Plaintiff,
MICHAEL CAPPUCCIO

**CERTIFICATE OF SERVICE**